# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TARGAN J. PARKER, JR.,

       Movant,            Case No. 94-CR-54

      v.

UNITED STATES OF AMERICA,

       Respondent.

## OPINION AND ORDER

      Targan J. Parker, Jr., a convicted and incarcerated bank robber in federal custody, has moved the court to waive his restitution order or to defer payment until he is released. He says that he is not able to meet his financial obligation because of his rheumatoid arthritis which he claims leaves him unable to work. He alleges that the "institution has placed him on 'refuse status.'"

      The government has responded and has appended a letter from the Bureau of Prisons that contradicts Parker's assertions. The Bureau acknowledges that Parker is unable to work due to his medical conditions, but says that he receives regular and substantial deposits to his financial account. The Bureau reports that Parker has refused to participate in the inmate Financial Responsibility Program to make restitution.

      On the basis of this record, the court agrees with the government that there is no basis for granting equitable relief to Parker and the court has no authority to waive the restitution that is part of his sentence. Therefore, the court ORDERS that

Parker's "Motion to Waive Restitution Order or to Defer Payment Until Defendant Is Released" (filed March 27, 2006) IS DENIED.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 18th day of April, 2006.

s/ Thomas J. Curran
Thomas J. Curran
United States District Judge